UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| EMERY GOWENS, )<br>    Plaintiff, )<br>) <br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>    Defendant. ) | Civil Action No.  1:20-cv-3574-MGL |

ORDER

Upon consideration of Plaintiff's counsel's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is this 5th day of June, 2023, by the United States District Court for the District of South Carolina,

ORDERED that **Paul T. McChesney, Esquire** is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $15,962.00. (or 25% of past-due benefits due to Plaintiff by reason of this Court's judgment, whichever is less).  Plaintiff's counsel will reimburse Plaintiff any fees he previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

               s/Mary Geiger Lewis
               _____
               United States District Judge